NO._____

| | | |
|---|---|---|
| BOBBY JOE EVENS, | § | IN THE COURT OF |
| APPELLANT, | § | |
| | § | CRIMINAL APPEALS |
| V | § | |
| | § | OF TEXAS |
| THE STATE OF TEXAS, | § | |
| APPELLEE, | § | |

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 12 2015

Abel Acosta, Clerk

EXTENTION OF TIME TO FILE A
PETITION FOR DISCRETIONARY REVIEW (PDR)

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Bobby Joe Evens, appellant in this foregoing action presents this motion to the court, and moves this court to grant the relief he's seeking, and in support of this motion he presents the following thereof;

FILED IN
COURT OF CRIMINAL APPEALS

OCT 16 2015

Abel Acosta, Clerk

1). Appellant was convicted in the <u>196th</u> Judicial District Court Hunt County, Texas in Cause Number, <u>27,388</u>.

2). Appellant appealed to the Sixth Court Of Appeals, Texarkana in Appeal Number, <u>06-15-00079-CR</u>.

3). On September 18, 2015 the Court of appeals affirmed my case, and I'm required to file my (PDR) in 30-days.

4). As of this moment, my (PDR) in due on October 18, 2015, and I'm requesting the court to grant an additional <u>60-days</u> to properly prepare my (PDR), which will extent the due date to to December 17, 2015.

WHEREFORE PREMISES CONSIDERED, Appellant pray that this Honorable court grant this foregoing motion, and grant him the additional time requested.

RESPECTFULLY PRESENTED,

*Bobby Joe Evens*

(1)

## CERTIFICATE OF SERVICE

I Bobby Joe Evens, certify that on this day the 4TH of October 2015, that a true and correct copy of this motion was sent to the Sixth Court of Appeals, by First Class U.S. Mail.

*Bobby Joe Evens*
BOBBY JOE EVENS

BOBBY JOE EVENS
TDCJ-ID NO.#1995944
ALEN POLUNSKY UNIT
3872 F.M 350 SOUTH
LIVINGSTON, TEXAS
77351

(2)